United States District Court
Southern District of Texas
**ENTERED**
May 19, 2017
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MANOLO TAYUM, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-16-03726 |
| CLAY ROAD FURNITURE, LLC and FURNITURE 4 EVERYONE, LLC, | § § § | |
| Defendants. | § § | |

**ORDER ON MOTION FOR APPROVAL OF
SETTLEMENT AGREEMENT AND DISMISSAL OF CLAIMS**

The parties filed a motion for approval of a settlement agreement between two plaintiffs, Manolo Tayum and Clemente Chavez, and the defendants, Clay Road Furniture, LLC and Furniture 4 Everyone, LLC. Based on the record, the court finds that the proposed Settlement Agreement is a fair, reasonable, and adequate resolution of a bona fide dispute over compensation under the Fair Labor Standards Act. This Agreement compensates Mr. Tayum and Mr. Chavez a fair and adequate amount, without the delays or uncertainties of continued litigation. The court grants the motion and approves the Settlement Agreements submitted as Exhibit A & B to the Motion for Approval of Settlement Agreement. (Docket Entry No. 15). The claims of Mr. Tayum and Mr. Chavez are dismissed, with prejudice.

No other employee opted in when these parties settled. The two plaintiffs, Mr. Tayum and Mr. Chavez, settled their claims before notice of the court's conditional certification issued. Mr. Tayum and Mr. Chavez have no continuing interest in representing potential opt-in plaintiffs in

pursuing FLSA or other claims.  Any remaining claims in this lawsuit by potential opt-in plaintiffs are dismissed without prejudice.

SIGNED on May 19, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge